## PABLO ANDRADES *v.* COMMISSIONER OF CORRECTION

The petitioner Pablo Andrades' petition for certification for appeal from the Appellate Court, 108 Conn. App. 509 (AC 28133), is denied.

*Elio C. C. Morgan*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided September 5, 2008

## LUCIANO SPROVIERO ET AL. *v.* J.M. SCOTT ASSOCIATES, INC.

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 454 (AC 28135), is denied.

VERTEFEUILLE and SCHALLER, Js., did not participate in the consideration of or decision on this petition.

*Bruce L. Elstein*, in support of the petition.

*James Ryan Mulvey*, in opposition.

Decided September 5, 2008